IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. DNCW 3:96CV402 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| MARK D. HUNSBERGER, | ) | |
| Debtor(s). | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and MERCER SECURITIES, MMC SECURITIES CORP, KINDER MORGAN SAVINGS
PLAN :

    A judgment was entered on February 14, 1997, in the United States District Court for the

Western District of North Carolina, in favor of the United States of America and against the

Defendant, Mark D. Hunsberger, whose last known address is 143 Rocky Knoll Court, Denver, NC

28037-8061, in the sum of $17,995.54. The balance owing as of July 20, 2011 is $31,194.68.

    THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property

and Mercer Securities, MMC Securities Corp, Kinder Morgan Savings Plan is commanded to **turn**

**over property** in which the Defendant, Mark D. Hunsberger, Social Security Number **XXX-**

**XX-6629**, has a substantial non-exempt interest, the said property being any and all funds located

in Mercer Securities, MMC Securities Corp, and Kinder Morgan Savings Plan accounts in the name

of Mark D. Hunsberger, at the following address: Mercer, Kinder Morgan Savings Plan 651496, 1

Investors Way, Norwood, MA 02062.

Signed: July 21, 2011

David S. Cayer
United States Magistrate Judge

**SO ORDERED**.