IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. DNCW 3:96CV402 |
| ) | (Financial Litigation Unit) |
| MARK D. HUNSBERGER, ) | |
| Defendant. ) | |

**DISMISSAL OF WRIT OF EXECUTION**

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Garnishment filed in this case against the Defendant Mark D. Hunsberger is DISMISSED.

**SO ORDERED**.   Signed: August 24, 2011

David S. Cayer
United States Magistrate Judge