# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:96-CV-00402-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARK HUNSBERGER, ) | |
| ) | ORDER |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| KINDER MORGAN, ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

**THIS MATTER** is before the Court upon Plaintiff United States of America's Motion for Dismissal of Order of Garnishment. (Doc. No. 27). This Motion requests that the Court order the dismissal of the Order of Continuing Garnishment filed on November 5, 2010, (Doc. No. 18) against Defendant Mark Hunsberger for the reason that Defendant is no longer employed by Garnishee Kinder Morgan. Upon review by the Court, the Motion is GRANTED, and the Order of Continuing Garnishment filed on November 5, 2010, (Doc. No. 18) is hereby DISMISSED.

IT IS SO ORDERED.

Signed: August 8, 2013

*[signature]*
Frank D. Whitney
Chief United States District Judge