UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:96-CV-00402-FDW-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MARK HUNSBERGER, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SAVAGE SERVICES CORP., | ) | |
| Garnishee. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Writ of Continuing Garnishment filed June 5, 2014. (Doc. No. 30). For the reasons set forth in the Government's Motion (Doc. No. 34), the Motion to Dismiss (Doc. No. 34), is GRANTED.

IT IS SO ORDERED.

Signed: August 1, 2014

Frank D. Whitney
Chief United States District Judge